UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff,              )
                                        )
                                        )   CASE NO. *07-193 M*
        vs.                             )
                                        )
    *Eric Holmes,*                      )
                                        )
                Defendant.              )

### O R D E R

The financial inability of the defendant to retain counsel

having been established by the Court, and the defendant not

having waived the appointment of counsel,

It is on this **9TH** day of **OCTOBER, 2007,**

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the

Federal Public Defender for the District of Delaware is hereby

appointed to represent said defendant in the cause until further

order of the Court.

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

OCT - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE