## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )     Criminal Action No. 07- *193 M*
                                   )
ERIC HOLMES,                       )
                                   )
          Defendant.               )

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant,

pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the

following:

1. **Eligibility of Case**. This case is eligible for a detention order because case

involves (**check all that apply**):

```
                                                        ┌─────────────────────────┐
                                                        │      F I L E D           │
____     Crime of violence (18 U.S.C. § 3156)           │                          │
                                                        │     OCT  - 9  2007       │
____     Maximum sentence life imprisonment or death    │                          │
                                                        │   U.S. DISTRICT COURT    │
____     10+ year drug offense                          │   DISTRICT OF DELAWARE   │
                                                        └─────────────────────────┘
```

____     Felony, with two prior convictions in above categories

____     Minor victim

_X_     Possession/ use of firearm, destructive device or other dangerous weapon

____     Failure to register under 18 U.S.C. § 2250

_X_     Serious risk defendant will flee

____     Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are

no conditions of release which will reasonably assure (**check one or both**):

_X_     Defendant's appearance as required

_X_     Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___9th___ day of October, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Martin Meltzer
Special Assistant United States Attorney